

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CHARLES A. COVINGTON
REG# 10882-026
UNITED STATES PENITENTIARY-HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525

VS.                                   C

Case: 1:08-cv-01220
Assigned To : Bates, John D.
Assign. Date : 7/17/2008
Description: FOIA/Privacy Act

MS. JANICE GALLI MCLEOD
ASSOCIATE DIRECTOR OF F.O.I.
AND PRIVACY ACT; UNITED STATES
DEPARTMENT OF JUSTICE
1425 NEW YORK AVENUE, SUITE 11050
WASHINGTON, D.C. 20530-0001

## COMPLAINT

NOW COMES, Charles A. Covington in the following matter.
The defendant has made numerous request in the attempt to try and
secure any and all copies of the **grand jury transcripts** in this
matter and states that he has in fact met the particularized need
requirement necessary to be able to secure the material.

The case has had a tortured procedural history. On or about
August 19,1996, in the Western District of Missouri, indicted the
defendant Charles A. Covington along with (3) three co-defendant's
Maurice C. Pittman, Jamesina K. Williams, and Floyd W. Woods with
psssession with intent to distribute cocaine base and a single 924(c)
gun violation. See: **United States v. Covington**, <u>133 F.3d 639,643</u>
(8th Cir. 1998). Defendant Covington throughout each stage of trial
and appellate proceedings have diligently sought to have the Court

RECEIVED

JUN 27 2008

Clerk, U.S. District and
Bankruptcy Courts

order the production of the government's witnesses grand jury testimony made available to him, each of those previous motions have been denied.

On December 7,2007, the defendant received a response to earlier request from the U.S. Department of Justice, concerning the requested freedom of information material initially requested. See Exhibit **A.**

On January 22,2008, the defendant received a final decision in the matter by way of, an appeal taken by the defendant concerning his request for any and all **grand jury transcripts,** of co-defendant's and law enforcement who appeared before the grand jury in these matters and for whom later provided testimony against defendant on behalf of the government. See Exhibit **B.**

As for each request the defendant has petitioned the Office of the U.S. Justice department; Office of Information and Privacy, as well as EOUSA and to no avail has the defendant been successful in obtaining a favorable ruling in this matter. **District of Columbia,** 430 F.Supp. 639, **Sec, v. National Student Marketing Corp: (April 1997);** The Movants/Defendants. "After prior criminal proceedings were completed, the non-movant's counsel retained grand jury transcripts and other documents. The Court granted the motion, holding that they had shown the required particularized need requirement. The transcripts had already been discharged to one of the parties to the current action; and it would have been exceedingly inequitable discriminatory and contrary to the principles of federal discovery to allow one party access to the grand jury transcripts, but not the remaining parties."

The United States Court of Appeals for the Third Circuit has held that when a district court has formed a reasonable suspicion of misconduct before the grand jury, the proper course is to hold an evidentiary hearing on the issue, rather than assume misconduct. Any prejudice to the defendant there from. Conversely, it is error to dismiss a count of the indictment without first making a finding as to bad faith or intentional misconduct by the government, which cannot be done without first conducting an evidentiary hearing.

**2003 U.S. Dist. Lexis 23775: U.S. v. Workcuff;** The Eight Circuit has set forth the following with respect to exceptions to good faith reliance. Ordinary a police officer cannot be expected to question a judges probable cause determination. Suppression is an appropriate remdy if the judge, in issuing of the warrant was mislead by information in the affidavit the affiant knew or should have known was false, except for the affiants reckless regard for the truth.

On April 30,1999, the Honorable D. Brook Bartlett signed the following order, at the expiration of time that was allowed by the Court, the Government's attorney E. Eugene Harrison, should have been placed in Default for it's failure to comply with the initial Court Order to release the grand jury transcripts to the defendant. See Signed Order Exhibit **C.**

## RELIEF

The Defendant is before this Court asking that it grants the relief sought which is: Granting the defendant discovery of any and all, **Grand Jury Transcripts,** in this matter.

For the reasons addressed in, **United States of America v. Naegele, 474 F. 2d 9; U.S. Dist. Lexis 6375,** District of Columbia, Jan. 30, **2007.** The Court in that case concluded that the defendant should be allowed to see/view the entire grand jury record.

And for the reasons stated herein, the defendant ask that this Honorable Court will grant this motion seeking discovery of the **Grand Jury Transcripts.**

Dated  6- 10- 08  , 2008

Respectfully Submitted,

Charles A. Covington

Charles A. Covington

Reg# 10882-026

United States Penitentiary-Hazelton

P.O. Box 2000

Bruceton Mills, West Virginia 26525

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was mailed prepaid postage to Janice Galli McLeod, Associate Director of F.O.I. Act, at United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001 on this 6-10-08 day of May 2008

Charles A. Covington

Charles A. Covington

Reg# 10882-026

United States Penitentiary-Hazelton

P.O. Box 2000

Bruceton Mills, West Virginia 26525

**EXHIBIT   A**



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**DEC 0 7 2007**

Mr. Charles A. Covington
Register No. 10882-026
United States Penitentiary
Post Office Box 2000
Bruceton Mills, WV  26525

        Re:  Request No. 07-3564

Dear Mr. Covington:

        This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys was received by this Office on December 3, 2007.

        The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **08-0419**.  Please mention this number in any future correspondence to this Office regarding this matter.

        We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.                              •

                                        Sincerely,

                                        Priscilla Jones
                                        Supervisory Administrative Specialist

**E X H I B I T    B**

 

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

JAN 2 2 2008

Mr. Charles A. Covington
Register No. 10882-026
United States Penitentiary          Re:   Appeal No. 08-0419
Post Office Box 2000                        Request Nos. 07-3464 & 07-3465
Bruceton Mills, WV 26525                    KAH:CF

Dear Mr. Covington:

You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to a copy of the transcript of indictments returned by the grand jury in your criminal case in the Western District of Missouri (Request No. 07-3464), and for records pertaining to third party statements (Request No. 07-3465).

After carefully considering your appeal, I am affirming EOUSA's action on your request to the extent that it pertains to information on third parties.  EOUSA properly refused to confirm or deny the existence of any records pertaining to third parties.  Without consent, proof of death, official acknowledgment of an investigation, or an overriding public interest, confirming or denying the existence of law enforcement records concerning an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy.  See 5 U.S.C. § 552(b)(7)(C).

Additionally, following discussions between EOUSA personnel and a member of my staff, I am remanding your request for processing of the portion of your request that pertains to the transcript of indictments returned by the grand jury.  EOUSA will send any and all releasable records to you directly, subject to any fees.  You may appeal any future adverse determination made by EOUSA.

If you are dissatisfied with my action on your appeal, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
600 E Street, N.W., Suite 7300, Bicentennial Building
Washington, DC 20530-0001
(202) 616-6757  FAX: 616-6478   (www.usdoj.gov/usao)

Requester: Charles A. Covington _____    Request Number: _07-3463_____

Subject of Request: __Third parties (co-defendant's indictments) MOW____ ~~JAN~~ _____

Dear Requester:

　　Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official recordkeeper for all records located in this office and the various United States Attorneys' offices. To provide the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

　　All of the records you seek are being made available to you. We have processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a full release of 6 pages.

[　]　A review of the material revealed:

[　]　_____ pages originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the component(s) listed for review and direct response to you:_____.

[　]　There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

[X]　Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you have/will receive a separate response:___07-3464; 07-3465_____

[　]　See additional information attached.

This is the final action on this above-numbered request.  You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C.  20530-0001**.  Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. § 16.9.

Sincerely,

William G. Stewart II
Assistant Director

E X H I B I T    C

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
        v.                       )    No. 96-00102-04-CR-W-8-9
                                 )
CHARLES A. COVINGTON,            )
                                 )
        Defendant.               )

### ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY DEFENDANT'S MOTION TO FOR DISCLOSURE OF GRAND JURY MINUTES SHOULD NOT BE GRANTED

On March 1, 1999, plaintiff filed a Motion for Disclosure of Grand Jury Minutes, Pursuant to Rule 6(e)(3)(C)(i) and Rule 6(e)(3)(D), Federal Rules of Criminal Procedure.

Plaintiff has not responded in opposition to defendant's motion.

Accordingly, it is ORDERED that:

1) within 12 days from the date of this order, plaintiff shall show cause in writing why defendant's Motion for Disclosure of Grand Jury Minutes should not be granted;

2) if plaintiff fails to respond timely to this order, defendant's Motion for Disclosure of Grand Jury Minutes may be granted without further notice to the plaintiff.

D. BROOK BARTLETT
UNITED STATES DISTRICT JUDGE

Kansas City, Missouri

April 30, 1999.

08-1220
JDB

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I. (a) PLAINTIFFS

Charles A. Covington

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 10882-026

## DEFENDANTS

Janice Galli McLeod, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-01220
Assigned To : Bates, John D.
Assign. Date : 7/17/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff
□ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant
□ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| □ A. *Antitrust* | □ B. *Personal Injury/ Malpractice* | □ C. *Administrative Agency Review* | □ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| □ 410 Antitrust | □ 310 Airplane<br>□ 315 Airplane Product Liability<br>□ 320 Assault, Libel & Slander<br>□ 330 Federal Employers Liability<br>□ 340 Marine<br>□ 345 Marine Product Liability<br>□ 350 Motor Vehicle<br>□ 355 Motor Vehicle Product Liability<br>□ 360 Other Personal Injury<br>□ 362 Medical Malpractice<br>□ 365 Product Liability<br>□ 368 Asbestos Product Liability | □ 151 Medicare Act<br><br>**Social Security:**<br>□ 861 HIA ((1395ff)<br>□ 862 Black Lung (923)<br>□ 863 DIWC/DIWW (405(g)<br>□ 864 SSID Title XVI<br>□ 865 RSI (405(g)<br><br>**Other Statutes**<br>□ 891 Agricultural Acts<br>□ 892 Economic Stabilization Act<br>□ 893 Environmental Matters<br>□ 894 Energy Allocation Act<br>□ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## □ E. *General Civil (Other)* OR □ F. *Pro Se General Civil*

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Immigration**
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien Detainee
□ 465 Other Immigration Actions

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
☒ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant

□ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.

□ 460 Deportation
□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

4

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☒ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ 0    Check YES only if demanded in complaint    JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 7/17/08    SIGNATURE OF ATTORNEY OF RECORD    NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.