UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHARLES A. COVINGTON | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-1220 (JDB) |
| MS. JANICE GALLI MCLEOD, U.S. DEPARTMENT OF JUSTICE | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Cindy S. Owens as counsel for defendant in the above-captioned case.

Respectfully submitted,

/s/
CINDY S. OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 18th day of August, a copy of the foregoing was served by

First-Class mail, postage prepaid to:

CHARLES A. COVINGTON
Reg. # 10882-026
United States Penitentiary-Hazelton
P.O. Box 2000
Bruceton Mills, West Virginia 26525

          /s/
Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov