UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES A. COVINGTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-1220 (JDB) |
| MS. JANICE GALLI MCLEOD, U.S. DEPARTMENT OF JUSTICE | ) |
| Defendant. | ) |

**MOTION FOR AN EXTENSION OF TIME**

Defendant, United States Department of Justice, the Executive Office for U.S. Attorneys ("EOUSA"), respectfully requests the Court to grant an extension of time of 30 days, to file its answer or otherwise respond to the complaint (Document 1).[1]

Defendant has good cause to seek a 30 day extension of time. In the course of notifying agency counsel of plaintiff's complaint the notification memo and copy of the complaint was inadvertently faxed to The United States Department of Justice component Bureau of Prisons, rather than the EOUSA, the component named in the complaint. The mistake of faxing the complaint to the wrong component was not discovered until this week. Because of this error, agency counsel and the undersigned were not able to coordinate a response in time to meet the filing deadline today. The undersigned and agency counsel need an additional 30 days to coordinate and file defendant's answer or otherwise respond to the complaint.

For these reasons, defendant respectfully requests that the Court grant an extension of

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with incarcerated pro se parties. Consequently, Local Civl Rule 7(m) does not apply to this Motion.

time of 30 days to, and including September 22, 2008, for defendant to file the answer or otherwise respond to the complaint.

Dated: August 22, 2008     Respectfully Submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
CINDY S. OWENS, D.C. BAR # 491465
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-616-2257(phone)/202-514-8780 (fax)
cindy.owens@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 22[th] day of August, a copy of the foregoing was served by

First-Class mail, postage prepaid to:

CHARLES A. COVINGTON
Reg. # 10882-026
United States Penitentiary-Hazelton
P.O. Box 2000
Bruceton Mills, West Virginia 26525

                                        /s/
                                  Cindy S. Owens, D.C. BAR #491465
                                  Special Assistant United States Attorney
                                  555 Fourth St., N.W.
                                  Room E4112
                                  Washington, D.C. 20530
                                  (202) 616-2257
                                  cindy.owens@usdoj.gov